IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 19 PM 2: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DANIEL J. HAVENS and
ASHLEY HAVENS,

    Plaintiffs,

vs.

Civil Action No. 05-2553 MaP

STONEBRIDGE LIFE INSURANCE
COMPANY f/k/a J.C. PENNY LIFE
INSURANCE COMPANY,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 20, 2005. Present were Ron McAffee, counsel for plaintiff, and Jay M. Atkins, counsel for Stonebridge Life Insurance Company f/k/a J.C. Penny Life Insurance Company. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): November 2, 2005

JOINING PARTIES: December 20, 2005

AMENDING PLEADINGS: December 20, 2005

INITIAL MOTIONS TO DISMISS: January 20, 2006

COMPLETING ALL DISCOVERY: June 20, 2006

    (a)    DOCUMENT PRODUCTION:    June 20, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR

            ADMISSIONS:    June 20, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-24-05

8

Case 2:05-cv-02553-SHM-tmp   Document 8   Filed 10/19/05   Page 2 of 4    PageID 14

(c)    EXPERT WITNESS DISCLOSURE (Rule 26):

   (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT

          INFORMATION:    March 20, 2006

   (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT

          INFORMATION:    April 15, 2006

   (3)    EXPERT WITNESS DEPOSITIONS:    June 20, 2006

          FILING DISPOSITIVE MOTIONS:  May 19, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial will last 3-4 days.*

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ *before* the close of discovery.

The parties are reminded that pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

DATE: October 18, 2005


Approved for Entry:

By: _____
JAY M. ATKINS      #21371
Attorney for Defendant
254 Court Avenue, Second Floor
Memphis, TN 38103
(901) 527-0214

By: _____
Ron McAffee
251 Adams Avenue
Memphis, Tennessee 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02553 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT